# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ST. JOHN BAPTIST CHURCH, | Plaintiff, | Civil Action No. |
| vs. | | |
| UTICA MUTUAL INSURANCE COMPANY, and UTICA NATIONAL ASSURANCE COMPANY, | Defendants | CV415-00291 |

## ORDER

The parties to this case, by and through undersigned counsel, have jointly moved this Court for an Order VACATING its December 7, 2015 Order (Doc. #12) which granted Plaintiff's Motion for Leave to Amend Complaint (Doc. #10). In support, the parties have shown that the Defendants did not respond to the Motion, because the parties were diligently working on settling the case during the week of November 30, 2015 through December 3, 2015 and did not reach settlement in principle until late in the day on December 3, 2015, which day was the deadline for Defendants to respond. After consideration, with the consent of all parties, and for good cause having been shown,

**IT IS ORDERED** that the parties' Joint Motion is GRANTED, and this Court's December 7, 2015 Order (Doc. #12) is VACATED.

**IT IS FURTHER ORDERED THAT** Defendants be granted ten (10) days from the date of entry of this Order to file a response for this Court's consideration on the Plaintiff's Motion for Leave to Amend (Doc. #11) before ruling on the same.

ORDERED, this day, December __16__, 2015.

_____
Judge/Magistrate, U.S. District Court, SDGA

Consented to:

THE CONNER LAW GROUP, P.C.

*Geoffrey M. Dureska*

By: GEOFFREY M. DURESKA
Georgia Bar No. 783906
POB 10720, Savannah, GA 31412
Tel: 912.480.0181
Email: gmdureska@theconnerlawgroup.com
ATTORNEYS FOR PLAINTIFF

GANNAM, GNANN & STEINMETZ, LLC

*Christian J. Steinmetz III*

By: CHRISTIAN J. STEINMETZ III
Georgia Bar No. 278260
POB 10085, Savannah, GA 31412
Tel: 912.232.1192
Email: cjs@ggsattorneys.com
ATTORNEYS FOR DEFENDANTS

Joint Motion to Vacate Order - ORDER