FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2015 DEC 23 PM 12: 18

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ST. JOHN BAPTIST CHURCH,          )
                                  )
          Plaintiff,              )
                                  )
v.                                )          CASE NO. CV415-291
                                  )
UTICA MUTUAL INSURANCE            )
COMPANY and UTICA NATIONAL        )
ASSURANCE COMPANY,                )
                                  )
          Defendants.             )
                                  )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 15.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, all claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **23** day of December 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA